IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-63

No. 320A20

Filed 11 June 2021

ROBERT MCGUIRE

v.

LORD CORPORATION

Appeal pursuant to N.C.G.S. § 7A-27(a)(2) from an order and opinion granting defendant's motion to dismiss entered on 18 February 2020 by Judge Louis A. Bledsoe III, Chief Business Court Judge, in Superior Court, Wake County, after the case was designated a mandatory complex business case by the Chief Justice pursuant to N.C.G.S. § 7A-45.4(a). Heard in the Supreme Court on 18 May 2021.

*Ellis & Winters LLP, by Scottie Forbes Lee, for plaintiff-appellant.*

*Parker, Poe, Adams & Bernstein LLP, by Charles E. Raynal IV and Scott E. Bayzle, for defendant-appellee.*

PER CURIAM.

AFFIRMED.[1]

---

[1] The order and opinion of the North Carolina Business Court, 2020 NCBC 11, is available at https://www.nccourts.gov/assets/documents/opinions/2020%20NCBC%2011.pdf.